UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMELA PELKY,

     Plaintiff,

                               Case No. 1:22-cv-901

v.

                               HON. JANE M. BECKERING

LOUIS DEJOY,

     Defendant.

_____/


**<u>ORDER</u>**

     This is a civil action filed by a *pro se* litigant.  Defendant filed a Motion to Dismiss or for Summary Judgment (ECF No. 12).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 16) on April 20, 2023, recommending that the Court grant Defendant's motion for summary judgment (ECF No. 12) and dismiss with prejudice Plaintiff's Complaint.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

     **IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 12) is GRANTED for the reasons stated in the Report and Recommendation.  Plaintiff's Complaint is DISMISSED with prejudice.

     A Judgment will be entered consistent with this Order.


Dated:  May 11, 2023                        __/s/ Jane M. Beckering_____
                                       JANE M. BECKERING
                                       United States District Judge